**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julia Ann BALDERAS, Defendant–Appellant.**

**No. 04–51140.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, Us Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Julia Ann Balderas, Federal Medical Center, Fort Worth, TX, pro se.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

**336**

PER CURIAM: *

The Federal Public Defender appointed to represent Julia Ann Balderas has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Balderas has filed a response to counsel's motion to withdraw. Our independent review of the brief, Balderas's response, and the record discloses no nonfrivolous issues for appeal. We decline to address any claim of ineffective assistance of counsel, without prejudice to Balderas's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *United States v. Higdon*, 832 F.2d 312, 314 (5th Cir.1987). Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

